October 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM SATTERWHITE, JR., Appellant

NO. 14-16-00060-CV                              V.

STEVEN AKINS AND HOUSTON PRESS, L.P. AND CRAIG MALISOW,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 18, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, William Satterwhite, Jr.

We further order this decision certified below for observance.